IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

INTERNATIONAL UNION, UNITED MINE
WORKERS OF AMERICA, DISTRICT 31,
RICHARD EDDY, GEORGE THOMAS ICE
AND DELAS A. STUZEN,

    Plaintiffs,

v.                                                Civil Action No. 1:96CV156

MARTINKA COAL COMPANY AND EASTERN
ASSOCIATED COAL CORP.,

    Defendants.

## ORDER

Defendants Martinka Coal Company and Eastern Associated Coal Corp. have come before this Court to request that the supersedeas bond dated April 8, 1999, be released. The Court has inspected the motion seeking such relief as well as the Satisfaction of Judgment entered as a matter of record on the 15th day of August, 2007. Based upon the foregoing, the Court believes that the motion is proper and that the relief sought should be granted. Accordingly, it is hereby **ORDERED** that the supersedeas bond dated April 8, 1999 in this case be released.

The Clerk is requested to send a certified copy of this Order to all counsel of record.

ENTER: *August 21, 2007*

*/s/ Irene M. Keeley*
The Honorable Irene M. Keeley

CL1184403.1